```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
              :
FASHION G5 LLC,                :
              :
          Plaintiff,  :    1:14-cv-5719-GHW
              :
     -v -             :    ORDER
              :
ALUC MARK ANSTALT, *et al.*,  :
              :
         Defendants.  :
              :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    By letter dated June 11, 2015, the parties informed the Court that they are progressing towards a settlement in this case, which they expect to consummate within the next couple of months. Accordingly, as discussed in a June 15, 2015 telephone conference, it is hereby ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within ninety (90) days of the date of this order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal.[1]

    Otherwise, either party may apply, by letter filed on ECF, to have this case restored to the active calendar of this Court. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This order shall be deemed a final

---

[1] As explained in Rule 4(C) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

discontinuance of the action with prejudice in the event that neither party has requested restoration of the case to the active calendar within such 90-day period.

The preliminary injunction ordered by the Court on August 22, 2014, Dkt. No. 57, shall remain in place for the duration of this conditional discontinuance period, and will only terminate at the time this case is dismissed with prejudice, whether at the conclusion of the 90-day period or earlier upon agreement of the parties.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

SO ORDERED.

Dated: June 15, 2015
      New York, New York

_____
GREGORY H. WOODS
United States District Judge