UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
FASHION G5 LLC,

                *Plaintiff,*

   -against-

ALUC MARK ANSTALT, G. MARK INTERNATIONAL LIMITED, and BORRELLI LTD.,

                *Defendants.*

----------------------------------------------------------------
ALUC MARK ANSTALT and G. MARK INTERNATIONAL LIMITED,

                *Counterclaimants,*

   -against-

FASHION G5 LLC, EAST 33RD REALTY LLC, JOSEPH J. SITT, AND DOES 1-20,

                *Counterdefendants.*
---------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  5/4/17

Case No. 14-CV-5719 (GHW)

**STIPULATION
OF DISMISSAL
<u>WITH PREJUDICE</u>**

**MEMORANDUM ENDORSED**

    **PURSUANT** to a Settlement Agreement of even date herewith, any and all claims and counterclaims that were or could have been asserted in this action by any of the parties are hereby dismissed with prejudice against all parties, with each party to bear its own

costs, expenses, and attorney's fees.

Dated: May 3, 2017
New York, New York

| MATALON ♦ SHWEKY ♦ ELMAN PLLC | OVED & OVED LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Joseph Lee Matalon, Esq. | Darren Oved, Esq. |
| Yosef Rothstein, Esq. | Edward C. Wipper, Esq. |
| 450 Seventh Avenue, 33rd Floor | 401 Greenwich Street |
| New York, NY 10123 | New York, NY 10013 |
| P: 212-244-9000 | P: 212-226-2376 |
| F: 212-244-4615 | F: 212-226-7555 |
| jlm@trial-lawyer.org | edward@ovedlaw.com |
| *Attorneys for Plaintiff and Counterdefendants* | *Attorneys for Defendants and Counterclaimants* |

The parties have stipulated to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated: May 4, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2